## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 279 MAL 2017

                Respondent       :

                                   :     Petition for Allowance of Appeal from
                                   :     the Order of the Superior Court
           v.                   :

                                     :

RAMON LUIS JUSINO JR.,         :

                Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.